UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re:  **John Edward Taylor Jewell** | ) | Chapter        **13** |
| | ) | Case No.      **23-60535** |
| Debtor(s) | ) | |

### NOTICE OF INQUIRY

On April 21, 2023 Harrison Hutson filed a petition/pleading in the above case. See docket entry #12. The petition/pleading is deficient as set forth below.

☐    Form  required but not filed.

☐    Pleading improperly styled/formatted (caption, size, margins). *See Local Rule 5005-3.*

☐    PDF not flattened. *See Attorney Guidelines on Court's website.*

☐    Corporate Resolution not filed with Chapter 11 petition. *Required by Local Rule 1002-1 and Local Rule 1074-1.*

☐    NAICS Code not included on petition or not typed in during opening of a business case. *See Attorney Guidelines on Court's website.*

☐    Certificate of Credit Counseling docketed with petition. Must be docketed separately

☐    Certification of Compliance with 11 USC § 1328 filed. Financial Management Course Certificate required but not filed. Case may be closed without discharge.

☐    Incorrect/Incomplete case number, case name, chapter on pleading, date on pleading, or incorrect hearing time.

☐    Exhibits referenced in pleading but not attached/filed.

☐    Notice of Appearance and Request for Notices filed but creditor name and address not added to CM/ECF during docketing.

☐    Docket entry #  incomplete/unreadable or PDF image uploaded incorrectly.

☐    Docket entry #  not properly related.

☐    Objection to Claims filed. Objection appears not to comply with FRBP 3007(c).

☐    No Certification Regarding Balance of Schedules filed. See Local Rule 1007-1.

☐    No Certification Regarding Amended Schedules or Statements filed.  See Local Rule 1009-1.

☑    Pleading does not match docket text.  Section 3.5 of the chapter 13 plan is marked, but it is not included in the docket text (Surrender of Collateral).

☐    Document/pleading not signed.

☐    Other:

This inquiry is for notice only. Please take the corrective action that you deem appropriate.

Dated:        May 22, 2023

James W. Reynolds, Clerk
U.S. Bankruptcy Court

By: /s/            Laurrie Morris
Deputy Clerk

*1*